UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY SOLUM, and <br> ANGELA SOLUM,, <br><br> Plaintiffs, <br><br> v. <br><br> CERTAINTEED CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **JUDGMENT** <br> ) No. 7:15-CV-114-D <br> ) <br> ) <br> ) <br> ) <br> ) |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS CertainTeed's motion to dismiss [D.E. 5] and DISMISSES the complaint.

**This Judgment Filed and Entered on October 27, 2015, and Copies To:**

| | |
|---|---|
| Janelle Mason Mikac | (via CM/ECF electronic notification) |
| Matthew Hilton Mall | (via CM/ECF electronic notification) |
| Russell B. Killen | (via CM/ECF electronic notification) |

DATE  
October 27, 2015

**JULIE RICHARDS JOHNSTON, CLERK**

By: /s/ Susan W. Tripp  
Deputy Clerk